IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 2 3 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07 - CV - 01547 BNB

(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

LONNIE A. GASKEY #124472,

    Applicant,

v.

STEVE HARTLEY, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION

---

    Applicant Lonnie A. Gaskey has submitted an Application for a Writ of Habeas

Corpus Pursuant to 28 U.S.C. § 2254. As part of the court's review pursuant to

D.C.COLO.LCivR 8.2, the court has determined that the submitted application is in

proper form. Therefore, the clerk of the court will be directed to commence a civil

action. Applicant also has tendered the $5.00 filing fee. The clerk of the court will be

directed to mail to the applicant, together with a copy of this order, a receipt for full

payment of the $5.00 filing fee. Accordingly, it is

    ORDERED that the clerk of the court commence this civil action. It is

    FURTHER ORDERED that the clerk of the court mail to the applicant, together

with a copy of this order, a receipt for full payment of the $5.00 filing fee. It is

Dockets.Justia.com

FURTHER ORDERED that process shall not issue until further order of the court.

DATED at Denver, Colorado, this *19th* day of *July*_____, 2007.

BY THE COURT:

_____

BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.   07 - CV - 01547

Lonnie A. Gaskey
Reg. No. 124472
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

I hereby certify that I have mailed a copy of the **ORDER and a copy of the receipt for the full payment of $5.00 filing fee** to the above-named individuals on 7/23/07 .

GREGORY C. LANGHAM, CLERK

By: _____
                    Deputy Clerk